IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:16CR110 |
| CHAD BASHUS, | ORDER FOR DISMISSAL |
| Defendant. | |

Pursuant to Motion of the United States (Filing No. 53), leave of court is granted for the filing of the dismissal of the Criminal Indictment against Chad Bashus.

IT IS ORDERED that the Motion to Dismiss the Criminal Indictment (Filing No. 53) is granted.

Dated this 25th day of March, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Senior United States District Judge